UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS & PLASTERERS HEALTH & WELFARE TRUST, *et al.*, <br> Plaintiffs, <br> v. <br><br> PLASTER NORTHWEST LLC, A Washington limited liability company, Contractor's Registration No. PLASTNL861CS, UBI No. 603337517 and CHRISTOPHER W. BRIGHT, <br><br> Defendants. | NO. 2:16-cv-01918-RSM <br><br> ORDER REQUIRING PRODUCTION OF EMPLOYMENT SECURITY DEPARTMENT RECORDS |

THIS MATTER, having come on regularly before this court upon motion of plaintiffs, and this court having before it the declaration of counsel filed in support of this motion and being otherwise duly advised in the premises,

NOW, THEREFORE, it is ADJUDGED AND ORDERED as follows:

1. The production of records in the possession of the Washington State Employment Security Department regarding employees of Plaster Northwest LLC for the period of January 2016 through current is necessary for the prosecution of plaintiffs' case.

ORDER REQUIRING PRODUCTION OF
ESD RECORDS – 1
Cause No. 2:16-cv-01918-RSM
5000 342 sb161209

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900



1   2.  This necessity outweighs any interest in the confidentiality or privacy of this

2   information of the individual employees, and counsel for the plaintiffs will treat these records

3   as confidential and disclose only such information as is necessary to prosecute this action.

4   3.  Pursuant to RCW 50.13.070, the Washington State Employment Security

5   Department is now ORDERED to produce copies of originals of all documents or records in

6   its possession related to employee reports of Plaster Northwest LLC at a mutually agreed time

7   and place between the Department and attorneys for the plaintiffs, but in any case and failing

8   agreement, at the offices of the attorneys for the plaintiffs within twenty (20) days of the date

9   of service of this Order upon the Department.

10  DATED this 13 day of March 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

14  Presented by:

16  */s/ Noelle E. Dwarzski*
    Noelle E. Dwarzski, WSBA #40041
    McKENZIE ROTHWELL BARLOW
17    & COUGHRAN, P.S.
    Attorneys for Plaintiffs

ORDER REQUIRING PRODUCTION OF
ESD RECORDS – 2
Cause No. 2:16-cv-01918-RSM
5000 342 sb161209

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

